JUDGMENT
================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NO. 93-50527
CT/AG#: CR-92-00099-AHS-1

FILED
DEC -8 1994
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUT

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

TRINA DEVAY HARPER

    Defendant - Appellant

ENTERED
DEC 13 1994
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE

NO. 93-50717
CT/AG#: CR-92-00099-AHS-3

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

AZIZ SHARRIEFF

    Defendant - Appellant

---

    APPEAL FROM the United States District Court for the Central District (Santa Ana).

    THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District (Santa Ana)

ENTERED ON ICMS ____ 184

and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED in part, REVERSED in part, and REMANDED for resentencing as to 93-50527. AFFIRMED in part, REVERSED in part, and REMANDED for sentencing as to 93-50717.

Filed and entered August 30, 1994.



A TRUE COPY
ATTEST   DEC 02 1994
of Court
Deputy Clerk

```
                                                      CRIMAT INVATT
                                                                   i

INTERNAL USE ONLY: Proceedings include all events.
93-50527 USA v. Harper

UNITED STATES OF AMERICA         Michael Reese Davis, AUSA
     Plaintiff - Appellee        [COR LD NTC aus]
                                 Clare S. Phillips, AUSA
                                 213/894-4409
                                 1200 U.S. COURTHOUSE
                                 [COR LD NTC aus]
                                 OFFICE OF THE U.S. ATTORNEY
                                 312 N. Spring Street
                                 Los Angeles, CA 90012


   v.

TRINA DEVAY HARPER               Michael Ian Garey, Esq.
     Defendant - Appellant       714/834-0950
                                 [COR LD NTC cja]
                                 714 No. Spurgeon
                                 Santa Ana, CA 92701
```

INTERNAL USE ONLY: Proceedings include all events.
93-50717 USA v. Sharrieff

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Clare S. Phillips, AUSA<br>213/894-4409<br>1200 U.S. COURTHOUSE<br>[COR LD NTC aus]<br>Marc S. Harris, Esq.<br>213/894-3542<br>[COR LD NTC aus]<br>OFFICE OF THE U.S. ATTORNEY<br>312 N. Spring Street<br>Los Angeles, CA 90012 |
| v. | |
| AZIZ SHARRIEFF<br>    Defendant - Appellant | Paul G. Stark, Esq.<br>714/953-9801<br>Suite 200<br>[COR LD NTC ret]<br>1010 No. Ross Street<br>Santa Ana, CA 92701 |