**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

Case No. __SA CR 92-99 AHS__                           Date: __01-31-97__
=================================================================
                 Hon. __ALICEMARIE H. STOTLER__, Judge

__PAUL PIERSON__          __KATHY HAALAND__          __Susan Ficcadenti__
Deputy Clerk               Court Reporter             Asst. U. S. Attorney

__Trina Devay Harper__    __Michael Ian Garey__       __n/a__
Defendant                  Counsel/apptd              Interpreter
=================================================================
**SENTENCE:**

__X__  REFER TO JUDGMENT AND PROBATION/COMMITMENT ORDER  (attached hereto) and
__X__  SEE BELOW.
____   Imprisonment for _____ on each of count(s) _____.
       Count(s) _____ concurrent/consecutive to count(s) _____.
____   Fine of $_____ is imposed on each of count(s) _____.
____   Execution ____ Imposition of Sentence as to imprisonment only suspended
       on counts _____.
____   Imposition of fine suspended on count(s) _____.
____   Confined in a jail-type institution for _____ to be served
       on consecutive _____ from _____ to _____, commencing
       _____ to _____,
       and thereafter until the jail-type sentence has been completed;

____   ____ months/years ____ SUPERVISED RELEASE ____ PROBATION imposed on count(s) _____
       consecutive/concurrent to count(s) _____

       under the usual terms and conditions (see back of Judgment/Commitment Order)
       and the following additional terms and conditions, under the direction of the Probation Office:

____   Perform _____ hours of community service.
____   Serve _____ in a CCC/CTC.
____   Pay $_____ fine in amounts and times determined by P/O.
____   Make $_____ restitution in amounts and times determined by P/O.
____   Participate in a program for treatment of narcotic/alcohol addiction.
____   Pay any fine, assessment or costs imposed by this sentence & that remains
       unpaid at commencement of community supervision.
____   Comply with the rules/regulations of INS, if deported not return to U.S.A.
       illegally and upon any reentry during period of supervision report
       to the nearest P/O within 72 hours.
____   OTHER CONDITIONS: _____

____   Pursuant to Section 5E1.2(f), all fines are waived, including costs of imprisonment
       and supervision. The Court FINDS the defendant does not have the ability to pay.
____   Pay $_____, per count, special assessment to the United States for a total
       of $_____.
____   Imprisonment for _____ and for a study pursuant to 18 USC _____ with
       results to be furnished to the Court within _____, not later than _____,
       whereupon the sentence shall be subject to modification. This matter is set for further
       hearing on _____.
____   On Government's motion, all remaining counts, ORDERED dismissed.
__X__  Defendant informed of right to appeal.
____   ORDER sentencing transcript for Sentencing Commission.  ____ FILED statement of reasons.
____   Bond exonerated ____ upon surrender ____ upon service of _____.
____   Execution of sentence is stayed until 12 noon, _____ at which time
       the defendant shall surrender to the designated facility of the Bureau of Prisons or, if
       no designation made, to the U.S.Marshal, Los Angeles.
____   Defendant ORDERED remanded to/released from custody of U.S. Marshal forthwith.
____   Issued remand/release #_____.
____   Present bond to continue as bond on appeal.
____   Appeal bond set at $_____.
__X__  OTHER: Tentative Ruling provided to counsel prior to hearing and is attached hereto.
__X__  FILED and distributed judgment. Issd JS-3. ENTERED.

                                              Deputy Clerk Initials __/s/__