UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: SA CR 92-99-AHS |
| | ) |
| Plaintiff, | ) JUDGMENT REVOKING |
| | ) SUPERVISED RELEASE |
| -v- | ) |
| | ) |
| AZIZ SHARRIEFF, | ) |
| | ) |
| Defendant. | ) |
| | ) |

WHEREAS, On June 12, 2000, came the attorney for the Government and defendant appeared in person with appointed counsel, Jerome Goldfein; the defendant was advised of his rights,

WHEREAS, On June 12, 2000, the defendant admitted allegations 1, 2, 3, 4, and 5 of the Petition filed April 11, 2000, the Court FOUND that the defendant violated the conditions of supervised release imposed on February 6, 1995 (copy attached hereto)

IT IS ADJUDGED, upon the finding of the Court, the supervised release is revoked.

It IS ORDERED, that the defedant is remanded into the custody of the Bureau of Prisons for a term of five months. Defendant shall be given credit for time served as of April 25, 2000.

IT IS FURTHER ORDERED that the Clerk deliver a certified copy of this judgment revoking supervised release to the U.S. Marshal and the U.S. Probation Office and this copy shall serve as the commitment of the defendant.

DATE: June 19, 2000

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

FILED: June 19, 2000
SHERRI R. CARTER, CLERK

by _____
Deputy Clerk

ENTERED
JUN 22 2000
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY                    DEPUTY

ENTER ON ICMS
JUN 22 2000
276

United States District Court
Central District of California                    PG 1 of 3

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. SA CR - 92-0099(A)-AHS |
| Defendant's Name AZIZ SHARRIEFF | Social Security No. _____ |
| & Residence Address FCI - Phoenix 37900 N. 45th Avenue Phoenix, AZ | Mailing Address Same as Residence |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

**RESENTENCING, UPON REMAND**

In the presence of the attorney for the government, the defendant appeared in person on this date — 02/06/95

**ENTERED** FEB -9 1995 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SANTA ANA OFFICE BY ___

**COUNSEL**
[ ] WITHOUT COUNSEL — However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
[XX] WITH COUNSEL    Jerome Goldfein, apptd.
                    (Name of Counsel)

**PLEA**
[ ] GUILTY, and the Court being satisfied that there is a factual basis for the plea.   [ ] NOT GUILTY

**FINDING**
There being a finding/verdict of [XX] GUILTY, defendant has been convicted as charged of the offense(s) of:
Title 18 USC 371; 2113(a)(d) Conspiracy to Commit Armed Bank Robbery as charged in Count of the First Superseding Indictment; and Title 18 USC 924(c) Carrying a Firearm during a Crime of Violence as charged in Count 3 of the First Superseding Indictment.

**JUDGMENT AND PROB./COMMITMENT ORDER**
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: 101 (one-hundred, one) months on Counts 1 and 3 of the First Superseding Indictment. This term consists of 41 months on Count 1 of the First Superseding Indictment and 60 months on Count 3 to be served consectively to the term of imprisonment imposed on Count 1. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 (three) years under the following terms and conditions:
This term consists of 3 (three) years on each of Counts 1 and 3, all such terms to run concurrently on both counts. 1) The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) If the amount of any assessment, restitution or fine imposed by this judgment remains unpaid at the commencement of the term of community supervision, the defendant shall pay such remainder as directed by the Probation Officer.
3) The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant is ordered to abstain from using illicit drugs and alcohol, and abusing prescription medications during the period of supervision. (SEE PAGE TWO)

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

[ ] This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed By: [ ] U.S. District Judge _____    [ ] U.S. Magistrate _____

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Dated/Filed _____    By ENTERED ON JCMS _____ Deputy Clerk

O-245-A (01/90)

# United States District Court
## Central District of California

PG 2 of 3

UNITED STATES OF AMERICA

vs

AZIZ SHARRIEFF

Docket No. SA CR - 92-0099(A)-AHS

Date February 6, 1995

## JUDGMENT AND PROBATION/COMMITMENT ORDER
### RESENTENCING, UPON REMAND

Continued from Page 1

Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived, including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay.

IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100.00 at the rate of $50.00 per felony count pursuant to Title 18 USC 3013(a).

Signed By: XX  U.S. District Judge _____  ☐ U.S. Magistrate
ALICEMARIE H. STOTLER

FRANK E. GOODROE, Clerk

Dated/Filed  FEB -8 1995

By  V. R. Vallery
Deputy Clerk

AO-245-B (01/90)  Page Two of Two Pages

Defendant: Aziz Sharrieff  
Case Number: SA CR 92-99 AHS

Judgment--Page 3 of 3

## STATEMENT OF REASONS

_X_ The court adopts the factual findings and guideline application in the presentence report.

OR

___ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: _____22_____

Criminal History Category: _____I_____

Imprisonment Range: _41_ to _51_ months

Supervised Release Range: _2_ to _3_ years

Fine Range: $ _7,500_ to $ _75,000_

    _X_ Fine is waived or is below the guideline range, because of the defendant's inability to pay.

Restitution: $ _n/a_

    ___ Full restitution is not ordered for the following reason(s):

_X_ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

OR

___ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

OR

The sentence departs from the guideline range

    ___ upon motion of the government, as a result of defendant's substantial assistance.

    ___ for the following reason(s):