UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **SA CR 92-0099-TJH(A)** | Date | NOVEMBER 20, 2017 |
|---|---|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| YOLANDA SKIPPER | SHERI KLEEGER | SHAWN ANDREWS |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **TRINA DEVAY HARPER** | ✗ | ✗ | | **JENNIFER J. UYEDA, DFPD** | ✗ | ✗ | |

**Proceedings:** **RE-SENTENCING HEARING**

The case is called and counsel state their appearance. Counsel Anne Butterfield Weills is present with defense counsel. The Court and counsel confer. The Court has heard and carefully considered the papers and the evidence submitted by the parties.

Following discussions with counsel and based upon the statements made today on the record, the Court hereby finds to re-sentence defendant and vacates the sentence as to Count 3 of the First Superseding Indictment bringing the total term of custody as to Count 1 to be 60 months, which defendant has already served. No supervised release to follow.

The Court orders defendant released forthwith. The Clerk issues Release Order # D9478.

Judgment and Commitment Order to follow.

IT IS SO ORDERED.

## CC: USPO , PTS, USM

_____ : **12**

| CR0-11 | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk **YS** |
|---|---|---|