UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRINA DEVAY HARPER,<br><br>        Petitioner-Appellee,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent-Appellant. | No. 17-56918<br><br>D.C. Nos.  8:16-cv-01105-TJH<br>                8:92-cr-00099-AHS-1<br>Central District of California,<br>Santa Ana<br><br>ORDER |

The appellant's motion (Docket Entry No. 4) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until this court decides *United States v. Begay,* case No. 14-10080, or until further order of this court.

The appellant shall file a status report on April 16, 2018 and every 90 days thereafter while *United States v. Begay*, case No. 14-10080, is pending.

The appellant shall notify this court by filing a status report within 7 days of the decision. Failure to file a status report will terminate the stay of appellate proceedings.

The briefing schedule will be reset in a future order.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/2.26.18/Pro Mo