UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 17 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRINA DEVAY HARPER, | No. 17-56918 |
| Petitioner-Appellee, | D.C. Nos.   8:16-cv-01105-TJH |
| v. | 8:92-cr-00099-AHS-1 |
| UNITED STATES OF AMERICA, | Central District of California, Santa Ana |
| Respondent-Appellant. | ORDER |

The appellant's motion (Docket Entry No. 6) to further stay appellate proceedings is denied as unnecessary. Pursuant to the February 28, 2018 order, appellate proceedings are stayed until this court decides *United States v. Begay,* case No. 14-10080, or until further order of this court.

The appellant remains obligated to comply with the February 28, 2018 order. The appellant shall file a status report on July 16, 2018 and every 90 days thereafter while *United States v. Begay* is pending, and shall notify this court by filing a status report within 7 days of the decision.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/4.16.18/Pro Mo