UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



TRINA DEVAY HARPER,

   Petitioner-Appellee,

 v.

UNITED STATES OF AMERICA,

   Respondent-Appellant.

No. 17-56918

D.C. Nos. 8:16-cv-01105-TJH
     8:92-cr-00099-AHS
Central District of California,
Santa Ana

ORDER

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 13) is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

       FOR THE COURT:

       MOLLY C. DWYER
       CLERK OF COURT


       By: David J. Vignol/Deputy Clerk
       Ninth Circuit Rule 27-7

DV/AppComm Direct Criminal